IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GERALDINE C. COATES,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * Civil Action 08-00091-CG-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Amended Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 18, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 6th day of January, 2009.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**

Case 1:08-cv-00091-CG-B   Document 24   Filed 01/06/09   Page 2 of 2