IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GERALDINE C. COATES,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * Civil Action 08-00091-CG-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), that the award be limited to the EAJA rate of $174.15 per hour, thereby resulting in an award of $3,239.19 for 18.60 attorney hours spent representing Plaintiff in connection with this action**.**

**DONE** and **ORDERED** this the 6th day of January, 2009.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**