IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GERALDINE C. COATES, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   Civil Action 08-00091-CG-B |
| | * |
| MICHAEL J. ASTRUE, | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner is authorized to receive **$7,528.50** as a fee for services rendered before this Court, said amount representing the remaining balance of twenty-five percent (25%) of the total past-due benefits awarded Plaintiff.  Additionally, Petitioner is hereby **DIRECTED** to disburse to Plaintiff the sum of **$3,239.19** which was previously awarded pursuant to the Equal Access to Justice Act.

**DONE** and **ORDERED** this the 13th day of August, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE